Fred D. SIEGEL, Appellant,

v.

Clifford E. TYSON, Jr., Special Agent, Thomas A. Lopez, Internal Revenue Agent, Internal Revenue Service, et al., Appellees.

No. 20861.

United States Court of Appeals
Fifth Circuit.

May 15, 1964.

Daniel S. Pearson, Irwin J. Block, Miami, Fla., for appellant.

John B. Jones, Jr., Acting Asst. Atty. Gen., Lee A. Jackson, Atty., Dept. of Justice, Louis F. Oberdorfer, Asst. Atty. Gen., Washington, D. C., William A. Meadows, Jr., U. S. Atty., Miami, Fla., Joseph M. Howard, Burton Berkley, Attys., Dept. of Justice, Washington, D. C., Edward A. Kaufman, Asst. U. S. Atty. of counsel, for appellees.

Before TUTTLE, Chief Judge, WISDOM, Circuit Judge, and McRAE,* District Judge.

PER CURIAM:

As announced from the bench during oral argument, the appeal is without merit and the judgment is affirmed. The stay is thereby vacated. The mandate shall issue forthwith.

* District Judge, sitting by designation.

UNITED STATES of America, Plaintiff-Appellee,

v.

Sylvester FLOWERS and Charlie McClendon, Defendants-Appellants.

No. 15678.

United States Court of Appeals
Sixth Circuit.

May 13, 1964.

W. Rowlett Scott, Memphis, Tenn. (court appointed), on the brief, for appellants.

Thomas L. Robinson, U. S. Atty., Odell Horton, Jr., Asst. U. S. Atty., Western District of Tenn., Memphis, Tenn., on the brief, for appellee.

Before PHILLIPS and EDWARDS, Circuit Judges, and McALLISTER, Senior Circuit Judge.

ORDER.

The above cause coming on to be heard upon an appeal from a motion to correct the sentences imposed by the District Court upon appellants, and the Court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the order denying the motion to correct the sentences heretofore imposed be and is hereby affirmed, in accordance with the opinion of Judge Boyd, reported in 227 F.Supp. 1014 (W. D.Tenn.).